**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CERTIFIED COLLECTIBLES GROUP, LLC, a Florida limited liability company, and CERTIFIED GUARANTY COMPANY, LLC, a Florida limited liability company,<br><br>    *Plaintiffs*,<br>v.<br><br>BRANDON TERRAZAS and AYANA TERRAZAS,<br><br>    *Defendants.* | Case No. 8:24-cv-0301-KKM-AAS |

**MOTION FOR CONTINUANCE OF**
**PRELIMINARY INJUNCTION HEARING**

*Comes Now*, Plaintiffs CERTIFIED COLLECTIBLES GROUP, LLC and CERTIFIED GUARANTY COMPANY, LLC, both Florida limited liability companies, (the "Plaintiffs,") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and 16(b)(4), files this unopposed motion for extension of time in the amount of twenty-one **(21) days**. In support of its motion, Plaintiff states as follows:

1. Defendants' counsel emailed the undersigned counsel in the afternoon of Friday, February 16, 2024, notifying the undersigned of their representing

Brandon and Ayana Tarrazas (the "Defendants,") in the above captioned case. Defendants' counsel advised that their firm was retained by Defendants just that same day.

2. Following Defendants' request for time to get up to speed on the matter, Plaintiffs are requesting a twenty-one **(21) day** continuance of the Preliminary Injunction Hearing scheduled for tomorrow, February 20, 2024.

3. Plaintiffs' counsel has discussed the instant motion with Defendants' counsel who has agreed to maintain the Temporary Restraining Order, issued by this Court on February 7, 2024 (Dckt. No. 18) during the twenty-one (21) day continuance.

4. Defendants' counsel, being newly retained by the Defendants, will file their notice of appearance in the above-captioned case this week.

*Wherefore*, Plaintiffs respectfully request a twenty-one (21) day continuance, for the preliminary injunction hearing to be scheduled on March 12, 2024, at 9:00 a.m., or some other date convenient for the Court. Defendants' counsel initiated this proposal, does not object to this motion and agrees to maintain the temporary injunction currently in effect.

**[Certificate of Service on Following Page; Remainder of Page Left Intentionally Blank]**

RULE 3.01(g) GOOD FAITH CONFERRAL

The undersigned counsel certifies that they have conferred with Defendants' counsel, Thomas H. Stanton, on February 19, 2024, regarding the instant motion for continuance. Defendants' counsel does not object to the motion and agrees to maintain the temporary injunction during the continuance.

*Dated* February 19, 2024

/s/ *Mark C. Humphrey*
Mark C. Humphrey (Fl. Bar No. 124136)
Eleanor M. Lackman (*Pro hac vice*)
Lindsay R. Edelstein (*Pro hac vice*)
Chloe N. George (*Pro hac vice*)
**MITCHELL SILBERBERG & KNUPP LLP**
437 Madison Ave., 25th Floor
New York, NY 10022-7001
mxh@msk.com; eml@msk.com;
lre@msk.com; c2g@msk.com

*Attorneys for Plaintiffs Certified Collectibles Group, LLC and Certified Guaranty Company, LLC*